■ In the Matter of CHARLENE B., Appellant. (Appeal No. 2.) — Order unanimously modified and, as modified, affirmed, without costs, in accordance with the same memorandum as in *Matter of James B.* (Appeal No. 1) (96 AD2d 730). (Appeal from Erie County Family Court, Notaro, J. — temporary transfer of custody.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and Moule, JJ.